**Rodney M. WORTHINGTON,
Claimant–Appellee,**

**v.**

**James B. PEAKE, M.D., Secretary of
Veterans Affairs, Respondent–
Appellant.**

**No. 2005–7009.**

United States Court of Appeals,
Federal Circuit.

Feb. 8, 2008.

Before RADER, Circuit Judge,
CLEVENGER, Senior Circuit Judge, and
BRYSON, Circuit Judge.

PER CURIAM.

*ORDER*

The Secretary of Veterans Affairs re-
sponds to the court's December 5, 2007
order and requests that the court sum-
marily affirm the judgment of the United
States Court of Appeals for Veterans
Claims (CAVC) in *Worthington v. Princi-
pi,* 01–2077, 2004 WL 1576397 (June 14,
2004). Rodney M. Worthington has not
responded.

This case was stayed pending the court's
disposition in *Roan v. Principi,* 2004–7093,
which was stayed pending the court's dis-
position in *Sanders v. Nicholson,* 487 F.3d
881 (Fed.Cir.2007) and its companion case
*Simmons v. Nicholson,* 487 F.3d 892 (Fed.
Cir.2007). In *Sanders,* this court held that
any section 5103(a) error should be pre-
sumed prejudicial and the Secretary has
the burden of rebutting this presumption.
*Id.* at 891.

The Secretary concedes that the only
issue raised in this appeal is identical to
the issue decided in *Sanders* and *Sim-
mons.* Under these circumstances, sum-
mary affirmance is appropriate.

Accordingly,

IT IS ORDERED THAT:

(1) The stay of proceedings is lifted.

(2) The judgment of the CAVC is sum-
marily affirmed. The case is remanded
for further proceedings.

(3) Each side shall bear its own costs.